# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Lewis Carnell Jackson, ) | |
| *Petitioner* ) | |
| v. ) | Civil Action No.   1:16-cv-00904-TLW |
| B.J. Meeks, FCI Williamsburg Warden ) | |
| *Respondents* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: the petitioner, Lewis Carnell Jackson, shall take nothing of the respondent, B.J. Meeks, and this case is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten, Chief United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissal of the petition without prejudice.

Date:  June 8, 2017                                 *ROBIN L. BLUME, CLERK OF COURT*

                                                                   s/M. Walker

                                                    *Signature of Clerk or Deputy Clerk*